IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
MELDAMION ANTOINE HUGULEY,      )
                                )
            Petitioner,         )
                                )     1:18-cr-205-1
      v.                        )     1:25-cv-1101
                                )
UNITED STATES OF AMERICA,       )
                                )
            Respondent.         )
```

**<u>ORDER</u>**

This matter is before the court for review of the Recommendation and Order ("Recommendation") filed on December 10, 2025, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 116.) The Magistrate Judge construes Petitioner's filing as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, and recommends dismissal of this action for failure to obtain certification by filing a Motion for Authorization in the court of appeals as required by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d). The Recommendation was served on the parties in this action on December 10, 2025. (Doc. 117.) Petitioner filed a pleading entitled "Writ of Mandamus (Order Compliance With Law)" treated as objections to the Recommendation. (Doc. 118.)

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the portions of the Recommendation to which the objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. Petitioner's objections warrant no relief. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 116), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED** for failure to obtain certification for this § 2255 application by filing a Motion for Authorization in the court of appeals as required by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d).

The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 20th day of January, 2026.

/s/ William L. Osteen, Jr.
United States District Judge

- 3 -

Case 1:18-cr-00205-WO   Document 119   Filed 01/20/26   Page 3 of 3